**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**
(HELD IN LAFAYETTE)

**ZENA GEBRGZABHER**                          **CASE NO.  1:26-CV-01260**

**VERSUS**                                          **JUDGE DAVID C. JOSEPH**

**ELEAZAR GARCIA ET AL**                     **MAGISTRATE JUDGE KAYLA D. MCCLUSKY**

**MINUTES OF COURT:**
**Motion Hearing(VTC)**

| Date: | June 26, 2026 | Presiding: | Judge David C. Joseph |
|---|---|---|---|
| Court Opened: | 10:40 am | Courtroom Deputy: | Dru Casebonne |
| Court Adjourned: | 10:45 am | Court Reporter: | LaRae Bourque |
| Statistical Time: | 5 mins | Courtroom: | ZOOM-VTC |

**APPEARANCES**

| Thea Terese Crane | For | Zena Gebrgzabher, Plaintiff |
|---|---|---|
| Melissa L Theriot (AUSA) | For | United States of America, Defendants |

**PROCEEDINGS**

Case called for motions hearing

The Court GRANTED counsel's untimely request to appear remotely [Doc. 21].

The Court noted counsel for Petitioner's noncompliance with the Court's instructions to file a reply brief [Doc. 14].

After considering oral argument and for reasons stated on the record, the Court DENIED [Doc.9] the Amended Motion for Temporary Restraining Order and REFERRED the Petition for Habeas Corpus [Doc. 1] to the Magistrate Judge for Report and Recommendation.